J. Scott Conlon, #011829
Ellen Levy, #020275
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: 602/307-9900
Facsimile: 602/307-5853
Email: sconlon@rcdmlaw.com
Email: elevy@rcdmlaw.com
Email: docketuser@rcdmlaw.com

*Attorneys for State of Arizona, Corizon Health, Inc., Corizon, Inc. Naomi Fimbres, Anna Marie Jensen-Trees and Stephen Stephens*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Diaz, a married woman, on behalf of herself and all other statutory beneficiaries of Manual Diaz, deceased, including Mia Olga Diaz and Nelly Joanne Diaz, minor children of Manual Diaz, deceased , | No. |
| Plaintiffs, | |
| v. | **NOTICE OF REMOVAL** |
| State of Arizona, a governmental entity; Corizon Health, Inc., a Tennessee corporation; Corizon, Inc., a Tennessee corporation; Community Healthcare of Douglas, an Arizona corporation; Charles L. Ryan and Jane Doe Ryan, a married couple; Al Ramos and Jane Does Ramos, a married couple; Naomi Fimbres and John Does Fimbres, a married couple; Anna Marie Jensen-Trees and John Doe Jensen-Trees, a married couple; Debra Kinder and John Doe Kinder, a married couple; Stephen Stephens and Jane Doe, a married couple; Christine Perea and John Doe Perea, a married couple; Carla Transue and John Doe Transue, a married couple; Jane Does I-X, inclusive; John Does I-X, inclusive; Black Corporations I-X, inclusive; White Partnerships I-X, inclusive, | |
| Defendants. | |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3306-0056                                    2826343v1

Defendants, State of Arizona ("Arizona"), Corizon Health, Inc., Corizon, Inc. ("Corizon"), and Corizon employees Naomi Fimbres, Anna Marie Jensen-Trees, and Stephen Stephens, by and through their undersigned counsel, and pursuant to Rule 81(c), Fed.R.Civ.P., hereby notices the removal of the above-captioned case from the Superior Court of Arizona, in and for the County of Maricopa, filed under Cause Number: CV 2015–000126, to this Court and in support thereof asserts:

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. § 1441(b) because Plaintiff now asserts a claim pursuant to the Eighth Amendment of the United States Constitution.  Plaintiff's initial Complaint was one of medical negligence.

2.      This Notice of Removal is being filed within thirty (30) days after initial receipt of Plaintiff's Amended Complaint and is timely filed under 28 U.S.C. § 1446(b).

3.      The time for which Defendant has to remove this case with respect to the Complaint has not expired.

4.      A notification of filing a notice of removal in federal court, a true and correct copy of which is attached as Exhibit "A," has been filed in the Superior Court of Arizona on behalf of the Defendants.

5.      All known presently served/accepted service Defendant parties have consented to the removal of this case from Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.

**WHEREFORE**, Defendant respectfully requests that the above action now pending in the Superior Court of the District of Arizona be removed to this Court.

///

///

///

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3306-0056                    2826343v1

1    Respectfully submitted this 30th day of June, 2015.

2                                    RENAUD COOK DRURY MESAROS, PA

3

4                         By: */s/ Ellen S. Levy*_____
                               J. Scott Conlon
5                              Ellen S. Levy
                               One North Central Avenue, Suite 900
6                              Phoenix, Arizona 85004
                               *Attorneys for State of Arizona, Corizon*
7                              *Health, Inc., Corizon, Inc. Naomi*
                               *Fimbres, Anna Marie Jensen-Trees and*
8                              *Stephen Stephens*

9

10

11                         **CERTIFICATE OF SERVICE**

12         I hereby certify that on this 30th day of June, 2015, I electronically transmitted the
13   foregoing document to the Clerk's Office using the CM/ECF System for filing and

14   transmitted a Notice of Electronic Filing to the following CM/ECF participants:

15   Lincoln Combs, Esq.
     Kevin Neal, Esq.
16   GALLAGHER & KENNEDY
     2575 East Camelback Road
17   Phoenix, Arizona 85016
     *Attorneys for Plaintiffs*

18

19   */s/ L. Bergantino*_____

20

21

22

23

24

25

26

27

28

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

3306-0056                                                              2826343v1