# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Diaz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | No. CV-15-01222-PHX-PGR<br><br>**JUDGMENT IN A CIVIL CASE UNDER FED. R. CIV. P. 54(b)** |

　　　　IT IS ORDERED AND ADJUDGED that, pursuant to the Notice of Lodging of Stipulated Judgment (Doc. 64) and the Stipulated Judgment (Doc. 65), and the Court having expressly determined that there is no just reason for delaying entry of judgment under Federal Rule of Civil Procedure 54(b) as to all claims by Plaintiff Olga Diaz against Defendant Community Healthcare of Douglas, Inc., judgment is entered as follows:

　　　　1.　　Full and final judgment is entered for Plaintiff Olga Diaz against Defendant Community Healthcare of Douglas, Inc. in the amount of Six Million, Five Hundred Thousand Dollars ($6,500,000.00), and Defendant Community Healthcare of Douglas, Inc., is dismissed from this action.

　　　　2.　　Plaintiff and Defendant Community Healthcare of Douglas, Inc., are to each bear their own costs and attorneys' fees.

　　　　3.　　This is a full and final judgment entered into between Plaintiff and Defendant Community Healthcare of Douglas, Inc., by which each shall be irrevocably

1 | bound and shall be non-appealable.

2 |     4.    This Judgment does not affect the rights or claims of the other parties including Plaintiffs' claims against other Defendants in this matter.

Dated this 7th day of July, 2016.

                                Paul G. Rosenblatt
                                United States District Judge