| | |
|---|---|
| Lincoln Combs (Bar No. 025080) | |
| Kevin Neal (Bar No. 011640) | |
| GALLAGHER & KENNEDY, P.A. | |
| 2575 East Camelback Road | |
| Phoenix, Arizona 85016-9225 | |
| Telephone:   (602) 530-8000 | |
| Facsimile:   (602) 530-8500 | |
| E-mail:   lincoln.combs@gknet.com | |
|   kevin.neal@gknet.com | |

Attorneys for Plaintiff/Statutory Beneficiary Olga Diaz

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Olga Diaz, | Case No. CV-15-1222-PHX-DLR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Corizon Health Incorporated, et al. | |
| Defendants. | |

The parties hereby inform the Court that a settlement has been reached in this matter. All parties are to bear their own attorneys' fees and costs incurred herein. A Stipulation for Dismissal and accompanying Order will be filed shortly.

RESPECTFULLY SUBMITTED this 12th day of April, 2017.

| | |
|---|---|
| 1 | GALLAGHER & KENNEDY, P.A. |
| 2 | By   /s/ *Lincoln Combs* |
| 3 | Lincoln Combs |
|   | Kevin D. Neal |
| 4 | 2575 East Camelback Road |
|   | Phoenix, Arizona 85016-9225 |
| 5 | Attorneys for Plaintiff Olga Diaz |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

J. Scott Conlon
Ellen Levy
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendants*

  /s/ Kelly Saltsman

5947677v1/24873-0001