J. Scott Conlon, #011829
Ellen Levy, #020275
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: 602/307-9900
Facsimile: 602/307-5853
Email: sconlon@rcdmlaw.com
Email: elevy@rcdmlaw.com
Email: docketuser@rcdmlaw.com
*Attorneys for Defendants Charles L. Ryan, Al Ramos, Corizon, Inc., Fimbres, Jensen-Trees, Kinder, Stephens, Perea and Transue*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Olga Diaz, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Health, Inc., et al.,<br><br>Defendants. | Case No. 2:15-cv-01222-DLR<br><br>**PARTIES STIPULATION FOR DISMISSAL WITH PREJUDICE`** |
|---|---|

Plaintiff, Olga Diaz, et al., and Defendants, Corizon Health, Inc. and the State of Arizona, through counsel, hereby stipulate that the above captioned matter can be dismissed with prejudice. The Stipulation is intended to include dismissal of all claims and each party, both existing and those previously dismissed without prejudice. Each party is to bear their own attorneys' fees and costs.

The parties further stipulate the initial fully executed Settlement Agreement and Release dated August 9, 2017 has been disavowed, abandoned, and replaced by a revised Settlement Agreement executed on November 21, 2017. The revised release is intended to and will void any/all prior such releases, the amounts specified therein, and all covenants and agreements previously made within.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV-15-01222-DLR)        3306-0056        3583403_1.docx

Respectfully submitted this *8th* day of December, 2017.

        RENAUD COOK DRURY MESAROS, PA

        By: *s/ Ellen S. Levy* _____
         J. Scott Conlon
         Ellen S. Levy
        *Attorneys for Defendants Charles L. Ryan, Al Ramos, Corizon, Inc., Fimbres, Jensen-Trees, Kinder, Stephens, Perea and Transue*

        GALLAGHER & KENNEDY, PA

        By. s/ *C. Lincoln Combs*
         C. Lincoln Combs
         Kevin David Neal
        *Attorneys for Plaintiff*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>*8th*</u> day of December, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

> C. Lincoln Combs, Esq.
> Kevin David Neal, Esq.
> GALLAGHER & KENNEDY PA
> 2575 E. Camelback Rd., Ste. 1100
> Phoenix, AZ 85016-9225
> *Attorneys for Plaintiff*

I have also served the attached document by mail on the following person who is not a registered participant of the CM/ECF System:  N/A

By: <u>   *s/ meb*                    </u>

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, CV-15-01222-DLR)   3306-0056   3583403_1.docx