IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Diaz,<br><br>              Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>              Defendants. | No. CV-15-01222-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissing with Prejudice. (Doc. 150.) For good cause shown,

**IT IS ORDERED** that Plaintiffs' matter as to all Defendants, both existing and previously dismissed without prejudice, be dismissed as to all parties and all claims with prejudice.

**IT IS FURTHER ORDERED** that the Settlement Agreement and Release dated August 9, 2017 be deemed void placing the Settlement Agreement and Release executed on November 21, 2017 to be deemed the controlling agreement between the parties.

Dated this 11th day of December, 2017.

Douglas L. Rayes
United States District Judge